■ NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC., as Assignee for the Benefit of Creditors of CLARK KNITTING MILLS, INC., Appellant, v KENNILWORTH MANAGEMENT CO. et al., Respondents.—Order, Supreme Court, New York County, entered on or about December 15, 1975, unani-

mously affirmed for the reasons stated by Spiegel, J., at Individual Calendar Part I. Defendants-respondents shall recover of plaintiff-appellant $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Birns, Nunez and Lynch, JJ.